AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EVELYN CALLIE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:14-cv-24666 |
| SYNCHRONY FINANCIAL d/b/a Wal-Mart Credit Services | ) | |
| *Defendant* | ) | 9:14-cv-24666-Gayles/Turnoff |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SYNCHRONY FINANCIAL d/b/a Wal-Mart Credit Services
702 SW 8th Street,
Roanoke AL 36274

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **December 10, 2014**

Steven M. Larimore
Clerk of Court

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

CLIENT REF.:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:14-cv-24666

EVELYN CALLIE

Plaintiff(s),

vs.

SYNCHRONY FINANCIAL

Defendant(s).

Josh Swanson, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Georgia.

That on 1/22/2015 at 11:15 AM., at 4125 Windward Plaza Dr., Atlanta, GA 30005
Deponent served the within **Summons and Complaint**
On **GE MONEY BANK**

A corporation by delivering thereat a true copy of each to **Carolyn Horsley** personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be **Legal Dept.** thereof.

X _____
JOSH SWANSON
Job # **150022**